**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

VEODIS SILLS, III                                                                                PLAINTIFF

V.                                            3:07CV00127 WRW

CRAIGHEAD COUNTY
DETENTION CENTER *et al.*                                                           DEFENDANTS

**<u>JUDGMENT</u>**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of November, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE